United Cigar Stores Company of America, Appellant, v. Leopold Altman and Another, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, Merrell, Finch, McAvoy and Burr, JJ.